UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED,<br>Plaintiff,<br>v.<br>SCOTT KERNAN et al.,<br>Defendants. | Case No. 17-03540 BLF (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a California prisoner, filed a *pro se* civil rights complaint against officials at High Desert State Prison in Lassen County, where he is being held. Because Defendants reside in and the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: Oct 2, 2017

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\CR.17\03540Sneed)transfer.docx