UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | No. 2:17-cv-02071 MCE CKD P<br><br>ORDER |

On February 1, 2018, the Magistrate Judge issued an order dismissing plaintiff's complaint with leave to amend. On April 27, 2018, plaintiff filed a "motion for relief" from this order which the court construes as a request for reconsideration. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of February 1, 2018 is therefore untimely.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 27, 2018, request for reconsideration (ECF No. 29) is DENIED.

IT IS SO ORDERED.

Dated:  May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE